Certificate Number: 12433-PAM-DE-027833928

Bankruptcy Case Number: 16-02676



12433-PAM-DE-027833928

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2016, at 10:21 o'clock AM EDT, Milagro De La Vega completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   July 31, 2016                         By:    /s/Lance Brechbill

                                                    Name:   Lance Brechbill

                                                    Title:    Teacher