```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                       Case No. 16-02676-RNO
Milagro De La Vega                                           Chapter 13
       Debtor               CERTIFICATE OF NOTICE

District/off: 0314-5       User: karendavi        Page 1 of 1     Date Rcvd: Aug 09, 2016
                           Form ID: ntcnfhrg      Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2016.
```
db              Milagro De La Vega,    143 Arbor Way,    Stroudsburg, PA 18360-8040
4805072        +AMEX/DSNB,    9111 DUKE BLVD,    MASON, OH 45040-8999
4805073       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  BANK OF AMERICA,     PO BOX 982238,    EL PASO, TX 79998)
4805074        +CREDIT FIRST NA,    6275 EASTLAND RD #5,    BROOKPARK, OH 44142-1399
4805075        +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4805077        +PHH MORTGAGE,    1 MORTGAGE WAY,    MOUNT LAUREL, NJ 08054-4624
4805078        +PNC BANK,    PO BOX 8703,    DAYTON, OH 45401-8703
4805079        +PNC BANK NA,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
4805080         REAL TIME RESOLUTIONS,    1349 EMPIRE DR. SUITE 150,    DALLAS, TX 75247-4029
4805083        +TD BANK USA/TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4805084        +WELLS FARGO CREDIT SERVICES,    PO BOX 14517,    DES MOINES, IA 50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4805076         E-mail/Text: bnckohlsnotices@becket-lee.com Aug 09 2016 19:12:48      KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
4805081        +E-mail/Text: bankruptcydept@wyn.com Aug 09 2016 19:13:04
                 RIVER VILLAGE PHASE IIIB OWNERS ASS,    PO BOX 93,    SHAWNEE ON DELAWARE, PA 18356-0093
4805082        +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2016 19:14:45      SYNCB/BANANA REP,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Milagro  De La Vega
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Milagro De La Vega<br>aka Milagro Y. De La Vega, aka Milagro Yasmin De La Vega, aka Milagro DeLaVega, dba Milagro Cleaning Services<br>Debtor(s) | Chapter<br><br>Case No. | 13<br><br>5:16−bk−02676−RNO |

# Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **September 8, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 28, 2016<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 9, 2016 |