UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MILAGRO DE LA VEGA a/k/a | : | CHAPTER 13 |
| MILAGRO Y. DE LA VEGA a/k/a | : | |
| MILAGRO YASMIN DE LA VEGA a/k/a | : | |
| MILAGRO DELAVEGA d/b/a | : | |
| MILAGRO CLEANING SERVICES | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| | : | |
| vs. | : | |
| | : | |
| MILAGRO DE LA VEGA a/k/a | : | |
| MILAGRO Y. DE LA VEGA a/k/a | : | |
| MILAGRO YASMIN DE LA VEGA a/k/a | : | |
| MILAGRO DELAVEGA d/b/a | : | |
| MILAGRO CLEANING SERVICES | : | OBJECTION TO EXEMPTIONS |
| Respondent(s) | : | CASE NO. 5-16-bk-02675-RNO |

ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.