```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02676-RNO
Milagro De La Vega                                                  Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: karendavi          Page 1 of 1            Date Rcvd: Aug 18, 2016
                              Form ID: ntpasnh         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2016.
db          Milagro De La Vega,    143 Arbor Way,    Stroudsburg, PA  18360-8040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2016 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
            Joshua I Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
            Vincent Rubino    on behalf of Debtor Milagro  De La Vega
             epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
             williams.com;eapotito@hotmail.com
                                                                                                TOTAL: 4

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Milagro De La Vega
aka Milagro Y. De La Vega, aka Milagro Yasmin De La Vega,
aka Milagro DeLaVega, dba Milagro Cleaning Services
**Debtor(s)**

Chapter: 13

Case number: 5:16−bk−02676−RNO

Document Number: 19

Matter: Trustee's Objection to Debtor's Exemptions

CHARLES J. DEHART, III
STANDING CHAPTER 13 TRUSTEE
**Movant(s)**

vs.

MILAGRO DE LA VEGA
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **September 11, 2016**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: karendavis |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 18, 2016 |