**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Milagro De La Vega <br> <u>Debtor(s)</u> | BKY. NO. 16-02676 RNO <br><br> CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7948

                                                     Respectfully submitted,

                                                     **/s/ Thomas Puleo**
                                                     Thomas Puleo, Esquire
                                                     James C. Warmbrodt, Esquire
                                                     KML Law Group, P.C.
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106-1532
                                                     (215) 825-6306  FAX (215) 825-6406
                                                     Attorney for Movant/Applicant